UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT TACOMA

| | |
|---|---|
| CHRISTINE RENEE MCLAIN,<br><br>    Plaintiff,<br><br>v.<br><br>DANIEL N. GORDON, PC,<br><br>    Defendant. | Civil No. 3:09-cv-05362-JRC<br><br>DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES<br><br>JURY DEMAND |

Defendant Daniel N. Gordon answers the Complaint filed in this matter as follows:

1.

With respect to paragraph 1, Defendant admits that the Plaintiff is asserting a claim for damages under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (hereinafter "FDCPA"), the Revised Code of Washington ("RCW") Chapter 19.16, and an ancillary claim for invasion of privacy by intrusion. Defendant denies the remaining allegations in paragraph 1 of the Complaint.

2.

Defendant lacks sufficient information to either admit or deny paragraph 2 and therefore denies the same.

3.

Defendant lacks sufficient information to either admit or deny paragraph 3 and therefore denies the same.

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
(3:09-cv-05362-JRC) – PAGE 1

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile: (503) 243-2687
Email: jonathanr@mcewengisvold.com

1                                                       4.

2       Defendant lacks sufficient information to either admit or deny paragraph 4 and therefore

3 denies the same.

4                                                         5.

5       With respect to paragraph 5, Defendant admits that it is an Oregon corporation and that

6 part of its business is collecting the debts of others by mail and telephone. Defendant lacks

7 sufficient information to either admit or deny the remaining allegations in paragraph 5 and

8 therefore denies the same.

9                                                         6.

10      With respect to paragraph 6, Defendant admits that it is an Oregon corporation and that

11 part of its business is collecting the debts of others by mail and telephone. Defendant lacks

12 sufficient information to either admit or deny the remaining allegations in paragraph 6 and

13 therefore denies the same.

14                                                         7.

15      With respect to paragraph 7, Defendant admits contacting the Plaintiff at various and

16 multiple times prior to the date of the filing of the complaint. Defendant denies the remaining

17 allegations in paragraph 7.

18                                                         8.

19      Defendant denies paragraph 8.

20                                                         9.

21      Defendant denies paragraph 9.

22                                                        10.

23      Defendant answers paragraph 10 as set forth above.

24                                                        11.

25      Defendant answers paragraph 11 as set forth above.

26 ///

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
(3:09-cv-05362-JRC) – PAGE 2

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile: (503) 243-2687
Email: jonathanr@mcewengisvold.com

12.

Defendant answers paragraph 12 as set forth above.

**For its First Affirmative Defense**, Defendant alleges:

(Failure to State a Claim for Relief)

13.

Plaintiff has failed to state a claim upon which relief may be granted.

**For its Second Affirmative Defense**, Defendant alleges:

(Statute of Limitations)

14.

One or more of Plaintiff's claims are barred by the applicable statute of limitations.

**For its Third Affirmative Defense**, Defendant alleges:

(Bona Fide Error)

15.

To the extent that there is any violation of the FDCPA proven by Plaintiff, any such violation was not intentional, and resulted from a bona fide error, notwithstanding the maintenance of procedures reasonably adapted to avoid any such error.

WHEREFORE, Defendant prays for the dismissal of the Complaint with prejudice and for an award of its reasonable costs and disbursements incurred in this matter.

DATED this 20th day of August, 2009.

McEWEN GISVOLD LLP

By:  /s/ J. Kurt Kraemer
J. Kurt Kraemer, WSB No. 29509
Of Attorneys for Defendant Daniel N. Gordon, PC

DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES
(3:09-cv-05362-JRC) – PAGE 3

McEWEN GISVOLD LLP
1100 S.W. Sixth Avenue, Suite 1600
Portland, Oregon 97204
Telephone: (503) 226-7321; Facsimile: (503) 243-2687
Email: jonathanr@mcewengisvold.com